# CIVIL ACTIONS 3:03-0834 THROUGH 3:03-2019

**DOCUMENT NO. 1:**

**NOTICE OF REMOVAL; with summons, complaint, docket sheet, and exhibits 1-3 from Circuit Court of Mason County.**

**ORIGINAL DOCUMENT AND SCANNED IMAGE LOCATED IN:**

**CIVIL ACTION 3:03-0833**
**KAREN GRENNELL**
**V.**
**WESTERN SOUTHERN, ET AL.**