IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| NINA J. BOWLES, et al., | ) | CASE NO.: 3:03-0703 through 3:03-~~2019~~ 0746 |
| RITA PULLEN, Executrix of the Estate of Stephen R. Pullen, et al. | ) | CASE NO.: 3:03-0747 through 3:03-0817 |
| GARY L. BARGE, et al., | ) | CASE NO.: 3:03-0818 through 3:03-0832 |
| KAREN A. GRENNELL, et al., | ) | ✓CASE NO.: 3:03-0833 through 3:03-2019 |
| Plaintiffs, | ) | |
| v. | ) | |
| WESTERN SOUTHERN LIFE INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |

FILED
AUG 28 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

**PLAINTIFFS' MOTION TO REMAND**

Plaintiffs, in the above-referenced actions, pursuant to 28 U.S.C. §1447(c) move this Court to remand these cases to the Circuit Court of Mason County, West Virginia where they were originally and properly filed. As grounds therefor, Plaintiffs show unto the Court as follows:

1. These actions did not arise out of the constitution, laws, or treaties of the United States. 28 U.S.C. §1331. The Plaintiffs have only asserted claims arising under West Virginia common law and statutes. This Court lacks subject matter jurisdiction and these cases are not ones for which removal is provided by 28 U.S.C. §1441(a).

2. The removal of the *Bowles*, *Pullen*, and *Grennell* groups are improperly based on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332. The

Kayser Layne & Clark, PLLC
*Attorneys at Law*
P.O. Box 210
701 Viand Street
Point Pleasant, WV 25550
(304) 675-5440



14

Defendants' removal of the *Barge* group is improperly based on the provisions of 28 U.S.C. §1452.

3. As set forth in Plaintiffs' Brief in Support of Motion to Remand, Defendants Western Southern Life Insurance Company, John Thabet, George Crump, Roger Shinn, Terry Shirley, Howard Parker, James Elias, and Thomas Russell failed to meet their burden in removing these cases to this Court.

WHEREFORE, based on the foregoing and Plaintiffs' Brief in Support of Motion to Remand, Plaintiffs move this Court to remand these cases back to the Circuit Court of Mason County, West Virginia.

Bradley H. Layne, lrc

BRADLEY H. LAYNE

OF COUNSEL:

Bradley H. Layne
Matthew L. Clark
C. Dallas Kayser
KAYSER, LAYNE & CLARK, PLLC
Post Office Box 210
Point Pleasant, West Virginia 25550
(304) 675-5440

Joseph Aughtman lrc

JOSEPH H. AUGHTMAN (AUG001), *pro hac vice*
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27 day of August, 2003.

[signature]
OF COUNSEL

Thomas R. Goodwin
Carrie G. Fenwick
Goodwin & Goodwin, LLP
P.O. Box 2107
Charleston, WV 25328

Harry M. Rubenstein
David Thomas
Kay, Casto & Chaney, PLLC
50 Clay Street
Morgantown, WV 26501

William J. Cooper
Erica M. Baumgras
Flaherty, Sensabaugh & Bonasso, P.L.L.C.
200 Capitol Street; Post Office Box 3843
Charleston, WV 25301

F. James Foley, *Pro hac vice*
Joseph R. Miller, *Pro hac vice*
Kimberly W. Herlihy, *Pro hac vice*
Voyrs, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008