FILED

SEP 16 2003

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

NINA J. BOWLES, et al.

Plaintiffs,

v.

Civil Action Nos. 3:03cv00703
thru 3:03cv02019

WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS, THOMAS RUSSELL, OTHER DEFENDANT AGENTS A-Z, and FICTITIOUS DEFENDANTS AA-ZZ,

Removed from Mason County Circuit Court, Civil Action Nos. 03-C-100 thru 03-C-1990

CA 3:03-0833

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Comes Now, Matthew L. Clark, ("Movant"), an attorney licensed to practice law in the State of West Virginia, and pursuant to Rule 8.0 of the Federal Rules for Admission to Practice and Rule 4.02 of the Federal Trial Court Rules respectfully moves that Jay Aughtman ("Applicant") be admitted to practice in the United States District Court for the Southern District of West Virginia at Huntington for the limited purpose of appearing as co-counsel for the Plaintiffs in the above-styled civil action.

In support thereof, the attached Verified Application Pro Hac Vice is incorporated by reference as if fully set herein. Additionally, Movant shows the Court the following:

1.

Applicant seeks Pro Hac Vice admission for the limited purpose of appearing as counsel for the Plaintiff in the mass litigation cases now pending within Civil Action Nos. 3:03cv00703 thru 3:03cv02019.

2.

Applicant, Jay Aughtman (Attorney ID No. ASB8081A43J) is a member in good

Kayser Layne
& Clark, PLLC
Attorneys at Law
P.O. Box 210
701 Viand Street
Point Pleasant, WV 25550
(304) 675-5440

19

standing of the Bar of the State of Alabama and admitted to practice in the State of Alabama. He is not currently and has never been suspended or disbarred from the practice of law in any court.

3.

The addresses and telephone numbers of the registration/disciplinary agencies of the above-named State Bar are as follows:

**Attorney Registration (334) 269-1515**
**Disciplinary Counsel (334) 269-1515**

4.

I agree to serve as the responsible local attorney for Applicant in the above-referenced matter. My address is as follows:

Matthew L. Clark, Esq. (WVSB #7144)
KAYSER LAYNE & CLARK, PLLC
701 Viand Street
P. O. Box 210
Point Pleasant, WV 25550
Telephone (304) 675-5440

5.

Applicant, Jay Aughtman, has not been involved in any matter before any West Virginia Court, tribunal or body in the past twenty-four (24) months.

6.

Applicant is known to Movant as being of sound mind and good professional character. Movant knows of no reason why Applicant should not be admitted to this Court Pro Hac Vice for the limited purpose of appearing as counsel for Plaintiff in the personal injury case now pending in the Court and included within Civil Action Nos. 3:03cv00703 thru 3:03cv02019.

7.

Should this motion be granted, Movant, as local responsible attorney, further

respectfully requests that he be released from the responsibility of personal attending all depositions and other actions that occur in this matter which are n conducted before this Court, and that Applicant be permitted to attend all suc proceedings subject to the continued responsibility of Movant for his conduct.

WHEREFORE, Movant respectfully requests that Applicant be admitted practice before this Court Pro Hac Vice for the limited purpose of appearing as couns for Plaintiffs in the mass litigation cases now pending in the Court and included withi Civil Action Nos. 3:03cv00703 thru 3:03cv02019.

This 15th day of September, 2003.

Respectfully Submitted,

Matthew L. Clark, Esq. (WVSB #7144)
KAYSER LAYNE & CLARK, PLLC
701 Viand Street
P. O. Box 210
Point Pleasant, WV 25550
Telephone (304) 675-5440

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON**

**NINA J. BOWLES, et al.**

**Plaintiffs,**

**v.**

**Civil Action Nos. 3:03cv00703 thru 3:03cv02019**

**WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS, THOMAS RUSSELL, OTHER DEFENDANT AGENTS A-Z, and FICTITIOUS DEFENDANTS AA-ZZ,**

**Removed from Mason County Circuit Court, Civil Action Nos. 03-C-100 thru 03-C-1990**

**Defendants.**

**VERIFIED APPLICATION PRO HAC VICE**

I, Jay Aughtman, Esquire, declare:

I hereby request leave of this Court to appear Pro Hac Vice for the limited purpose of representing Plaintiffs in the mass litigation now pending in this Court and included within Civil Action Nos. 3:03cv00703 thru 3:03cv02019 or hereafter filed in this Court. I will appear in said litigation in association with Matthew L. Clark, Esquire, of Kayser Layne & Clark, PLLC, 701 Viand Street, Post Office Box 210, Point Pleasant, West Virginia 25550, who is an active member of the West Virginia State Bar in good standing.

I am not regularly engaged in substantial business or other activities in the State of West Virginia, and have not been involved in any matter before any West Virginia Court, tribunal or body within the last twenty-four (24) months.

I am a member in good standing and admitted to practice before the Bar of the State of Alabama. I am not currently and have never been suspended or disbarred from practice in any court. The addresses and telephone numbers of the

Kayser Layne & Clark, PLLC
Attorneys at Law
P.O. Box 210
701 Viand Street
Point Pleasant, WV 25550
(304) 675-5440

registration/disciplinary agencies of the State Bar of Ohio are correctly listed in the motion to which this Verified Application Pro Hac Vice is attached.

I have hereby paid to the West Virginia State Bar the sum of One Hundred Fifty and 00/100 Dollars ($150.00) and forwarded a copy of this application to the West Virginia State Bar.

I hereby agree to comply with all laws, rules and regulations of West Virginia State and local governments, where applicable, including taxing authorities and any standards for pro bono civil and criminal indigent defense legal services.

I declare under penalty of perjury under the last of the State of West Virginia that the foregoing is true and correct, and that this Verified Application Pro Hac Vice was executed on 2 day of Sept., 2003, in Montgomery, Alabama.

Jay Aughtman, Esquire

Subscribed and sworn to before me this 2 day of Sept., 2003.

Notary Public

Endorsed by:

Matthew L. Clark, Esq. (WVSB #7144)
KAYSER LAYNE & CLARK, PLLC
701 Viand Street
Post Office Box 210
Point Pleasant, WV 25550
(304) 675-5440

Subscribed and sworn to before me this 15th day of Sept., 2003.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JILL M. LILLY
c/o KAYSER LAYNE & CLARK, PLLC
P. O. BOX 210
POINT PLEASANT, WV 25550
My Commission Expires May 19, 2009

Notary Public

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON**

**NINA J. BOWLES, et al.**

**Plaintiffs,**

**v.**

**Civil Action Nos. 3:03cv00703 thru 3:03cv02019**

**WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS, THOMAS RUSSELL, OTHER DEFENDANT AGENTS A-Z, and FICTITIOUS DEFENDANTS AA-ZZ,**

**Removed from Mason County Circuit Court, Civil Action Nos 03-C-100 thru 03-C-1990**

**Defendants.**

## ORDER

Upon the Motion of Plaintiffs, by counsel, Matthew L. Clark, to admit Pro Ha Vice, Jay Aughtman, Esquire, of Montgomery, Alabama, for the purpose of appearin in the above-referenced matter, currently pending in the United States District Cour for the Southern District of West Virginia, and upon good cause shown,

IT IS HEREBY ORDERED that pursuant to Rule 8.0 of the Federal Rules fo Admission to Practice and Rule 4.02 of the Federal Trial Court Rules, Jay Aughtman Esquire, to be admitted Pro Hac Vice.

IT IS FUTHER ORDERED that, for good cause shown, this Court waives th Rule 8.0 requirement that Movant, Matthew L. Clark, as responsible local attorney attend the taking of all depositions and other actions that occur in the proceeding which are not conducted before this Court.

ENTERED: This __ day of ___ , ____, 2003.

______________________________

Honorable John T. Copenhaver, Jr.
Judge, United States District Court for the Southern District of West Virginia at Huntington

Kayser Layne & Clark, PLLC
Attorneys at Law
P.O. Box 210
701 Viand Street
Point Pleasant, WV 25550
(304) 675-5440

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON**

**NINA J. BOWLES, et al.**

**Plaintiffs,**

**v.**

**Civil Action Nos. 3:03cv00703 thru 3:03cv02019**

**WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS, THOMAS RUSSELL, OTHER DEFENDANT AGENTS A-Z, and FICTITIOUS DEFENDANTS AA-ZZ,**

**Removed from Mason County Circuit Court, Civil Action Nos. 03-C-100 thru 03-C-1990**

**Defendants.**

**CERTIFICATE OF SERVICE**

I, Matthew L. Clark, co-counsel for Plaintiffs, do hereby certify that I have delivered a true and correct copy of the foregoing ***Motion for Admission Pro Hac Vice*** to the following counsel of record via United States mail, postage prepaid, addressed as follows:

William J. Cooper, Esq.
Erica M. Baumgras, Esq.
FLAHERTY SENSABAUGH & BONASSO, PLLC
P. O. Box 3843
Charleston, WV 25338-3843
*Counsel for Thomas Russell*

Harry Rubenstein, Esq.
David Thomas, Esq.
KAY CASTO & CHANEY, PLLC
50 Clay Street
Morgantown, WV 26501
*Counsel for Terry Shirley*

Kayser Layne & Clark, PLLC
*Attorneys at Law*
P.O. Box 210
701 Viand Street
Point Pleasant, WV 25550
(304) 675-5440

Carrie Goodwin Fenwick, Esq.
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
P. O. Box 2107
Charleston, WV 25328-2107
*Counsel for Western Southern,*
*John Thabet, George Crump,*
*Roger Shinn, Howard Parker, and*
*James Elias*

Joseph R. Miller, Esq.
Kimberly W. Herlihy, Esq.
VOYRS, SATER, SEYMOUR & PEASE, LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216-1008
*Co-counsel for Western-Southern,*
*John Thabet, George Crump,*
*Roger Shinn, Howard Parker and*
*James Elias*

Jay Aughtman, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P. O. Box 4160
Montgomery, AL 26103-4160
*Co-counsel for Plaintiffs (Pro Hac Vice)*

Dated this 15 day of September, 2003.

Matthew L. Clark, Esq. {ID #7144}
KAYSER LAYNE & CLARK, PLLC
701 Viand Street
P. O. Box 210
Point Pleasant, WV 25550
(304) 675-5440